| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016<br>Attorney for Debtor<br>(609)386-8700 | **Order Filed on December 21, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Lori Hayes,<br><br><br>Debtor. | Case No. <u>17-22065 (CMG)</u><br><br>Chapter: <u>13</u><br><br>Hearing Date: <u>December 6, 2017</u> |

## ORDER MODIFYING CLAIM

The relief set forth on the following page is hereby **ORDERED**




**DATED: December 21, 2017**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Lori Hayes
Case Number: 17-22065 (CMG)
Caption of Order: Order Modifying Claim

    Upon consideration of the Debtor's motion, it is **ORDERED** that the estimated claim filed by the State of New Jersey on October 3, 2017 for tax year 2015 be modified to an actual priority claim for $830.00