| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016<br>Attorney for Debtor<br>(609)386-8700<br><br>In Re:<br><br>Lori Hayes,<br><br><br>Debtor. | <br><br>Order Filed on December 21, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br><br>Case No. <u>17-22065 (CMG)</u><br><br>Chapter: <u>13</u><br><br>Hearing Date: <u>December  6, 2017</u> |

## ORDER MODIFYING CLAIM

The relief set forth on the following page is hereby **ORDERED**

**DATED: December 21, 2017**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

Debtor: Lori Hayes
Case Number: 17-22065 (CMG)
Caption of Order: Order Modifying Claim

      Upon consideration of the Debtor's motion, it is **ORDERED** that the estimated claim filed by the State of New Jersey on October 3, 2017 for tax year 2015 be modified to an actual priority claim for $830.00

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-22065-CMG
Lori Hayes                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin                Page 1 of 1                Date Rcvd: Dec 21, 2017
                       Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
db              +Lori Hayes,    75 Village Circle,    Bridgewater, NJ 08807-2093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
      Albert    Russo     docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marlena S. Diaz-Cobo     on behalf of Creditor    Cross Roads Homeowners Association, Inc. mdiaz-Cobo@theassociationlawyers.com
      Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
      Thomas J Orr    on behalf of Debtor Lori  Hayes tom@torrlaw.com, xerna@aol.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6