UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Rebecca A. Solarz
Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Quicken Loans Inc.

In Re:

Lori Hayes

      DEBTOR(S),

**Order Filed on January 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:     17-22065 CMG

Chapter: 13

Hearing Date: January 17, 2018
Judge:  Christine M. Gravelle

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 18, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Quicken Loans Inc.,</u> under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■     Real Property More Fully Described as:

**Land and premises commonly known as 75 Village Cir, Bridgewater NJ 08807**

☐     Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies

including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially

pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,

short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's

Sale (or purchaser's assignee) may take any legal action for enforcement of its right to

possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*

[Type text]

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-22065-CMG
Lori Hayes                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin          Page 1 of 1         Date Rcvd: Jan 18, 2018
                             Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db             +Lori Hayes,   75 Village Circle,   Bridgewater, NJ 08807-2093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marlena S. Diaz-Cobo   on behalf of Creditor   Cross Roads Homeowners Association, Inc.
           mdiaz-Cobo@theassociationlawyers.com
          Rebecca Ann Solarz   on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          Thomas J Orr   on behalf of Debtor Lori  Hayes tom@torrlaw.com,  xerna@aol.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 6