UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
tom@torrlaw.com
Attorney for Debtor

Order Filed on January 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lori Hayes

Case No.:  17-22065

Chapter:  13

Judge:  CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 23, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas J. Orr_____, the applicant, is allowed a fee of $ _____600_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____600_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____495_____ per month for _____53_____ months to allow for payment of the above fee.

*rev.8/1/15*