Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−22065−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori Hayes
   75 Village Circle
   Bridgewater, NJ 08807

Social Security No.:
   xxx−xx−1358

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/7/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 7, 2018
JAN: ckk

                                        Jeanne Naughton
                                        Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey

In re:                                                               Case No. 17-22065-CMG
Lori Hayes                                                           Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin                 Page 1 of 2                   Date Rcvd: Jun 07, 2018
                                Form ID: 148                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2018.
db             +Lori Hayes,    75 Village Circle,    Bridgewater, NJ 08807-2093
516878821      +Allen Chern, LLC,    79 West Monroe Street,    5th Floor,    Chicago, IL 60603-4901
516878822       Bank of America,    PO Box 45224,    Bridgewater, NJ 08807
516878825       CBE Group,    PO Box 900,    Cedar Falls, IA 50613
516878827      +Citi Centralized Bankruptcy,    PO Box 790040,    Saint Louis, MO 63179-0040
516878828      +Cross Roads Homeowners Association,    200 Hedgerow Road,    Bridgewater, NJ 08807-2084
516920430       Cross Roads Homeowners Association, Inc.,     c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ 08903-1111
516878832      +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
516878833       McGovern Legal Services, LLC,    PO Box 1111,    New Brunswick, NJ 08903-1111
516878834       Midland Funding LLC,    Attn: Bankruptcy,    PO Box 939069,    Newark, NJ 07102
516878837       NJ Attorney General,    Division of Law,    PO Box 112,    Trenton, NJ 08625-0112
516878835       Nationwide Credit, Inc.,     PO Box 14581,    Des Moines, IA 50306-3581
516890844       Navient Solutions, LLC on behalf of United Student,     Attn: Bankruptcy Litigation Unit E3149,
                 PO Box 9430,    Wilkes Barre, PA 18773-9430
516878838       Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516878840      +RCP Management Company,    10 Centre Drive,    Monroe Township, NJ 08831-1564
517103090     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516878842      +State of New Jersey,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516878846      +United States Attorney General,    United States Department of Justice,    Ben Franklin Station,
                 PO Box 683,    Washington, DC 20044-0683
517541381      +United Student Aid Funds, Inc (USAF),     PO Box 8961,    Madison WI 53708-8961
516878841      +William J. Schultz,    Court Officer,    PO Box 606,    Whitehouse Station, NJ 08889-0606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 22:45:30      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 22:45:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516998488       EDI: BANKAMER.COM Jun 08 2018 02:18:00      Bank Of America, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
516878823      +EDI: TSYS2.COM Jun 08 2018 02:18:00      Barclays Bank Delaware,    100 S. West Street,
                 Wilmington, DE 19801-5015
516878824       EDI: CAPITALONE.COM Jun 08 2018 02:18:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516996826       EDI: CAPITALONE.COM Jun 08 2018 02:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516878826      +EDI: CHASE.COM Jun 08 2018 02:18:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516878829      +E-mail/Text: bknotices@fenton-mcgarvey.com Jun 07 2018 22:44:43      Fenton & McGarvey Law Firm,
                 2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
516878830      +E-mail/Text: fggbanko@fgny.com Jun 07 2018 22:44:47      Forster, Garbus and Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
516878831       EDI: IRS.COM Jun 08 2018 02:19:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517074439       EDI: RESURGENT.COM Jun 08 2018 02:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517111410      +EDI: MID8.COM Jun 08 2018 02:18:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516878836       EDI: NAVIENTFKASMSERV.COM Jun 08 2018 02:18:00      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
517086710       EDI: PRA.COM Jun 08 2018 02:18:00      Portfolio Recovery Associates, LLC,
                 c/o Aadvantage Aviator Red,    POB 41067,    Norfolk VA 23541
516878839      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 07 2018 22:45:54      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
517125603      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 07 2018 22:45:54      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
516878843      +EDI: ECMC.COM Jun 08 2018 02:18:00      U.S. Department of Education,
                 Educational Credit Management Corp.,    PO Box 16408,    Saint Paul, MN 55116-0408
517200097       EDI: ECMC.COM Jun 08 2018 02:18:00      US Department of Education,    P O Box 16448,
                 Saint Paul MN 55116-0448
516878845      +E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 22:45:30      United States Attorney,
                 Peter Rodino Federal Building,    970 Broad Street,    Suite 700,    Newark, NJ 07102-2527
                                                                                              TOTAL: 19
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jun 07, 2018
                              Form ID: 148             Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Cross Roads Homeowners Association, Inc.,   c/o McGovern Legal Services, LLC,   PO Box 1111,
                  New Brunswick, NJ   08903-1111
516878844*     +U.S. Department of Education,   Educational Credit Management Corp.,   PO Box 16408,
                  Saint Paul, MN 55116-0408
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Cross Roads Homeowners Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Thomas J Orr   on behalf of Debtor Lori   Hayes tom@torrlaw.com,   xerna@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```